The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

1:23-cv-582
Phillip J. Green
U.S. Magistrate Judge

FILED - KZ
June 7, 2023 10:40 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by ES 6/7

(#i.)

## THE Preamble to the Bill of Rights

MY NAME IS Roy. Leando Snell Jr. I am a United States citizen born on American soil on March 6, 1965 both of my Parents worked for the United States Government. My Mom Eve Snell worked for the IRS until the Day she died. My father Roy. L. Snell sr. retired from the military. The United States Army (he built tanks). Then he moved to White Cloud, Mich. & worked for the federal Government at the forestry division, (DNR) a game warden.

I HAVE BEEN Locked UP IN The Newaygo County Jail System For The Past 3-YEARS NO LAWYER NO TRAIL for a Crime They claim alledgedly happen 40-YEARS AGO suppossedly (They Think) MAYBE???

MY Rights have been violated!

My Constitution as well as my Civil rights as a US citizen of the United States of America has been abused, neglected and destroyed by the State of Mich & The Newaygo County Sheriff department. They came and took me from the hospital at H.C.M.C. in the State of Minnesota, city of Minneapolis (mpls., mn.). I had an emergency operation there because my kidneys stop working. When I woke up I was hand cuffed to the hospital bed & brought to the Newaygo County jail cell #B-8 and have been here ever since. All I had on was a hospital gown and blanket

(#3.)

A detective named Scot Rios came out of retirement & put together an unlawful case by illegal means he abused & neglected the power granted to him by the Newaygo County Sheriff dept. How can an Ex-detective come out of retirement, OBSTRUCT JUSTICE, and Tamper with Evidence & Alter a Crime Sceen, as well as WITTNESS TAMPERING, Purgery, presenting false evidence in court, having people who don't even know me (Roy. L. Snell Jr.) Give False testimoney on the stand under Oath in Court. His wittness Nolan Gant was brought here from a Tenn. Prison to Testify for the State of Mich. Took The Stand & Stated that he did Not Know me at all. My Lawyer at the time was Rick Physock & my lawyer questioned Nolan Gant while he was on the stand. Nolan Gant continued to say as part of his testamony that he did not know me & that they was even paying him to testify against me. The Attn. General stood up in Court & Stated to the Court That they made a deal in fact to write letters of recamendations that Nolan Gant be released from Prison in exchange for his Testimoney against me. Nolan Gant was in Grand Rapids, MI., at Kent County Jail fir a

(#5)

People going in & out of the vehicle, tampering with so called evidence (supposedly they claimed). Still after all of this & all of this time the very same vehicle that they claimed to be their so called crime sceen where a murder was so called alledgedly took place supposedly 46 years ago was never even secured by no one. This is supposed to be a capital offense that took place but no yellow tape, no finger prints, no blood splatter pattern, no impact pattern. Just undiluted Type A Blood that was taken from Karen Atwood the mother of the Family & Law enforcement / Prosecution Sprinkled the undiluted Type A Blood into the car mixed with Animal Blood Took Photo's & Entered the Photo's into Court as evidence of a murder sceen. Karen Atwood Married into the Family, so, There fer Rick Atwoods blood type could have never been Type A & After all the years of people going in & out of the vehicle the Type A Blood that was found inside of the vehicle they claim would have been diluted exposed to all of the elements, traffic of people over

(#7)

As my defense I can't Re-visit the Alledged crime sceen, nor reinnact the sceen of the crime, nor cross examine the prosecution + law enforcement. I belivee that I have a legal right to Properly defend myself in a court of Law + to meet my accusser + examine the evidence + the testimoney. HOW CAN I DO ANY OF THIS??? HOW?

→ THERE IS NOBODY, THERE IS NO WEAPON, THERE IS NO MOTIVE, NO WITTNESSES, NO type OF Physical Evidences. There is Nothing that Constitutes the facts of a crime of murder Homocide w/ weapons ever took Place. So how can I Be sitting in Newaygo County Jail for 3- years no Trail + no Lawyer for a crime that never happen (they claim 40-years ago). Especially after they Destroyed the Vehicle? Where is the crime sceen at? They claimed that they had a new technology that they claim that Found my DNA on a Cigg. Butt. Found in the Vehicle that Proves that I am A killer! Now, This is so hard for me to understand + believe all of this. Why because all of their wittnesses that they Put on the Stand. Testified under oath that me (Ray Snell) + Walter Sandors, + Rick Atwood + Dave Gabrien

(#9.)

For a crime they think maybe happen 40 years ago? Put my two children Ray L. Snell III & my daughter Kayla U Snell in Foster Care to be neglected & abused or maybe they think I did a crime 40 years ago? Where is me & my Childrens civil & constitutional rights at & who defends us? Where is the truth & the Justice in all of this, where is the innocent until Proven guilty at, Where is my due process, my right to a trial & my right to a trail, my right to fast & speedy I can go on & on about how my Rights was violated & abused all for what? Why me? Just because I am black, The only reason I am here is because the color of my skin, This is Racism, This is a clear case of Racial discrimination. A Black man in an all white County (Newaygo County, White Cloud, MI.) Only 1-2 Black People in the whole County of Newaygo, MI. So, Just because I am black then I have no rights, I don't have no court date No Lawyer, I just sit in Jail until I die & my children in Foster Care Forever? I have Kidney & heart Problems only 3 to 5 years to even live

Roy. L. Snell [illegible]
P.O. Box 845
1350 - East James Street
White Cloud, mich.
49349
Newaygo County
#B-8

To: The Clerk
United States District Court
107 Federal Building
410 W. Michigan Avenue
Kalamazoo, Michigan
49007

5 JUN 2023 PM 1 L
Screened By USMS
"THIS MAIL HAS ORIGINATED FROM THE NEWAYGO COUNTY JAIL"
49007-378434